JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIANO C. YI, | CASE NO.2:05-cv-06925-FMC-RCx |
| Plaintiff, | Hon. Florence-Marie Cooper, District Judge |
| | Hon. Rosalyn M. Chapman, Magistrate Judge |
| vs. | |
| STEVEN BASSETT (in his individual capacity); LOUIS FELDMEIER (in his individual capacity); THOMAS C. HOKINSON (in his individual capacity); ARNOLD E. NETKA (in his individual capacity); CITY OF LOS ANGELES DEPARTMENT OF WATER AND POWER, DOES 1-30, | **JUDGMENT ON JURY VERDICT** |
| | Trial:   March 10, 2009 |
| Defendants. | |

  This action came on regularly for trial in Courtroom 750 of the United States District Court, Honorable District Judge Florence-Marie Cooper, Judge Presiding; the plaintiff appearing by attorneys Jill B. Shigut and Jerry L. Webb and the defendants appearing by attorney Paul N. Paquette.

  A jury of seven persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and the arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with

///

1 directions to return a verdict on special issues.  The jury deliberated and thereafter
2 returned into Court on March 24, 2009, with its unanimous verdict as follows:

> "Has Plaintiff proved by a preponderance of the evidence that the exercise of his free speech was a substantial or motivating factor in the decision to terminate him?
>
> Answer:     No."

It appearing by reason of said verdict that defendants are entitled to judgment against plaintiff.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. That plaintiff take nothing by way of his Complaint on file herein;
2. That judgment is entered in favor of defendants; and
3. That defendants shall recover their costs of suit herein.

DATED: April 3, 2009

By: _____
FLORENCE-MARIE COOPER
Honorable District Court Judge

212377